**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 299 EAL 2023

         Respondent    :

                   :   Petition for Allowance of Appeal
                   :   from the Order of the Superior Court

         v.    :

ZYEN COKER,    :

         Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :   No. 300 EAL 2023

         Respondent    :

                   :   Petition for Allowance of Appeal
                   :   from the Order of the Superior Court

         v.    :

ZYEN COKER,    :

         Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.